UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

    Debtor.

------------------------------------------------------------X

| | |
|---|---|
| IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (f/k/a SG Private Banking Suisse S.A.), et al.,<br><br>    Defendants. | Adv. Pro. No. 12-01677 (BRL) |

------------------------------------------------------------X

**MOTION OF THE SG DEFENDANTS TO WITHDRAW
THE REFERENCE TO THE BANKRUPTCY COURT**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

PLEASE TAKE NOTICE that, upon the annexed Declaration of John F. Zulack, dated December 5, 2012, and the accompanying memorandum of law, defendants Société Générale Private Banking (Suisse) S.A., Société Générale Private Banking (Lugano-Svizzera) S.A., Socgen Nominees (UK) Limited, Lyxor Asset Management S.A. (sued incorrectly as successor in interest to Barep Asset Management S.A.), Société Générale Holding de Participations S.A. (as successor in interest to Barep Asset Management S.A.), SGAM AI Premium Fund L.P. (formerly SGAM Alternative Diversified U.S. L.P.), Lyxor Asset Management Inc. (as general partner of SGAM AI Premium Fund L.P.), SG Audace Alternatif (formerly SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (formerly SGAM Alternative Diversified Fund), Lyxor Premium Fund (formerly SGAM Alternative Multi Manager Diversified Fund), Société Générale S.A., as Trustee for Lyxor Premium Fund, and Société Générale Bank & Trust S.A. (collectively, the "SG Defendants") respectfully move the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference of the above-captioned action to the United States Bankruptcy Court for the Southern District of New York.

The SG Defendants have made no prior request to this Court or to any other court for the relief requested by this Motion.

By making this motion, the SG Defendants do not waive, and expressly reserve, all rights, remedies and defenses, including, without limitation, all defenses based on lack of personal jurisdiction.

WHEREFORE, the SG Defendants respectfully request that the Court enter an order

granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
       December 5, 2012

                             FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

                             /s/ John F. Zulack
                             John F. Zulack
                             One Liberty Plaza
                             New York, New York 10006
                             Telephone: (212) 412-9500
                             jzulack@fzwz.com

*Attorneys for Defendants Société Générale Private Banking (Suisse) S.A., Société Générale Private Banking (Lugano-Svizzera) S.A., Socgen Nominees (UK) Limited, Lyxor Asset Management S.A. (sued incorrectly as successor in interest to Barep Asset Management S.A.), Société Générale Holding de Participations S.A. (as successor in interest to Barep Asset Management S.A.), SGAM AI Premium Fund L.P. (formerly SGAM Alternative Diversified U.S. L.P.), Lyxor Asset Management Inc. (as general partner of SGAM AI Premium Fund L.P.), SG Audace Alternatif (formerly SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (formerly SGAM Alternative Diversified Fund), Lyxor Premium Fund (formerly SGAM Alternative Multi Manager Diversified Fund), Société Générale S.A., as Trustee for Lyxor Premium Fund, and Société Générale Bank & Trust S.A.*